# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CASTRO MARTINEZ,<br><br>　　　　　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden,<br>Otay Mesa Detention Center, et al.,<br><br>　　　　　　　　　　　　　Respondents. | Case No.: 3:25-cv-03449-DMS-MMP<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; SETTING A BRIEFING SCHEDULE** |

On December 5, 2025, Petitioner filed a Petition for Writ of Habeas Corpus. (ECF No. 1). Respondents are hereby ordered to show cause why the Petition should not be granted by filing a written response no later than **Thursday, December 11, 2025**, at **4:30 PM**. Petitioner may file a reply no later than **Friday, December 12, 2025**, at **4:30 PM**.

**IT IS SO ORDERED.**

Dated: December 8, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　United States District Judge